IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-00413-RPM-CBS

TRUSTEES OF THE COLORADO LABORERS' HEALTH AND WELFARE TRUST FUND,
TRUSTEES OF THE COLORADO CEMENT MASONS' PENSION TRUST FUND,
TRUSTEES OF THE COLORADO CEMENT MASONS' JOINT APPRENTICESHIP TRUST FUND, and
OPERATIVE PLASTERS & CEMENT MASONS INTERNATIONAL ASSOCIATION, LOCAL UNION #577,

    Plaintiff(s),

v.

ROSS CONCRETE CONSTRUCTION, INC., a Colorado corporation, and
MICHAEL C. ROSS,

    Defendant(s).

## ORDER OF DISMISSAL

Pursuant to the Stipulated Motion for Dismissal with Prejudice, filed on October 28, 2005, it is

ORDERED that the complaint and action are dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated: October 31st, 2005

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge